UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

LIGHTHOUSE FINANCIAL GROUP,     Case No. 8:09-bk-20530-CPM
INC., et al.     Chapter 11

    Debtors.
_____/     (Jointly Administered with cases 8:09-bk-20534, 8:09-bk-20555, 8:09-bk-20558, 8:09-bk-20561, 8:09-bk-20563, 8:09-bk-20567, 8:09-bk-20576. 8:09-bk-20582, 8:09-bk-20589, 8:09-bk-20536, 8:09-bk-20603, 8:09-bk-20598, 8:09-bk-20602, and 8:09-bk-20593)

### DEBTORS' MOTION TO EXTEND DEADLINE TO ASSUME LEASES
**(Expedited *Ex Parte* Consideration Requested)**

Lighthouse Financial Group, Inc. (the "Debtor") as debtor-in-possession, and its related entities (collectively, the "Debtors") by counsel, hereby move for the entry of an order, pursuant to Sections 105(a) and 365(a) and (d)(4)(B)(i) of the Bankruptcy Code and Rule 6006(a), Fed. R. Bankr. P., extending the deadline in which the Debtors may assume or reject leases of non-residential real property as more fully described herein, and in support states as follows:

### Background

1.    This Court has jurisdiction over this Motion under 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (O). The statutory bases for relief herein are §§ 105(a) and 365(a) and (d)(B)(4)(i) of the Bankruptcy Code.

2.    The Debtors each filed their respective voluntary petitions under Chapter 11 of the Bankruptcy Code on September 14, 2009, in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division.

3.    These cases are jointly administered pursuant to this Court's *Order Granting Debtors' Motions for Joint Administration with Affiliated Cases* (Docket No. 54).

4.    The Debtors are continuing in possession of their property as debtors-in-

possession, pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

5.  No trustee or examiner has been appointed in these cases and no official committees have been appointed pursuant to Section 1102 of the Bankruptcy Code.

6.  Pursuant to Section 365(d), the Debtors must assume or reject unexpired leases of non-residential real property under which the Debtors are the lessee within one hundred twenty (120) days of the commencement of the case or such leases will be deemed rejected (the "<u>Lease Assumption Deadline</u>"). The Lease Assumption Deadline can be extended for an additional ninety (90) days by the court for "cause."

7.  The Debtors are involved in the operation of "secured consumer loan" businesses in several states outside of the State of Florida. In connection with their business operations, the Debtors are party to the following unexpired leases of non-residential real property (collectively, the "<u>Leases</u>"):

   a. Office Lease with Pan Am Building, LLC for premises located at 2005 Pan Am Circle, Suite 800, Tampa, FL 33607;

   b. Lease Agreement with Longley Center Annex, LLC for premises located at 7675 S. Virginia Street, Suite B, Reno, NV 89511;

   c. Shopping Center Shop Lease with Rio Grande Ventures, LLC for premises located at 4300 Ridgecrest Drive, S.E., Suite B, Rio Rancho, NM 87124;

   d. Lease Agreement with BH2, L.L.C. for premises located at 7668 W. Lake Mead Blvd., Suite 105, Las Vegas, NV 89128;

   e. Lease Contract with Weingarten Nostat, Inc. for premises located at 937 E. Broadway Rd. Suite 3, Tempe, AZ 85282;

   f. Lease Contract with WRI/West Jordan, LLC for premises located at 6904 S. Redwood Road, West Jordan, UT 84084;

   g. Commercial Lease with SH Menaul Properties of Albuquerque for premises located at 9320 Menaul Blvd, Suite C, Albuquerque, NM 87112;

h.  Store Lease with Five Store Plaza for premises located at 4950 N. Cumberland Ave., Suite 7, Norridge, IL 60706;

i.  Store Lease with Ali A. Shalash for premises located at 232 S. Larkin Avenue, Joliet, IL 60436;

j.  Lease Contract with Weingarten Nostat, Inc. for premises located at 3434 W. Greenway Road, Suite 15, Phoenix, AZ 85053;

k.  Lease Agreement with John and JoAnn Napoli for premises located at 2055 E. Tropicana Ave., Suite 12, Las Vegas, NV 89119; and

l.  Shopping Center Lease with 11004 S. Cicero Ave LLC for premises located at 11004 South Cicero Ave, Oak Lawn, IL 60453.

## **Relief Requested**

8. Prior to and since the commencement of the chapter 11 cases, the Debtors have been reviewing and analyzing its executory contracts and unexpired leases in an effort to determine their eventual disposition in light of the Debtors' anticipated reorganization[1]. The Debtors are in the process of finalizing their chapter 11 plan, which will likely include the assumption of many of the Leases upon confirmation.

9. For the reasons set forth above, the Debtors are not in a position to assume or reject the Leases at this time and does not want to unnecessarily burden the estate with an ill-advised rejection of available leases or, alternatively, incur unnecessary administrative expense liability. However, the Debtors believe that the Leases are valuable to the estate and will be ultimately assumed as part of the Debtors' reorganization for the benefit of creditors. Accordingly, the Debtors suggest that "cause" exists under 11 U.S.C. § 365(d)(4)(B)(i) to extend the time in which the Debtors may assume or reject the Leases for ninety (90) days beyond the current deadline of January 12, 2010.

---

[1] The Debtors vacated and surrendered three leased premises and terminated those lease agreements prior to the Petition Date. The Debtors will be shortly filing a motion to reject an additional non-residential real property lease that the Debtors have determined should be rejected.

**WHEREFORE**, the Debtor respectfully requests that the Court enter an order extending the time in which the Debtor may assume or reject the Leases through and including April 12, 2010, or such other time as the Court may establish, together with such other relief as the Court may deem appropriate.

DATED this 6th day of January, 2010.

>  */s/     David S. Jennis*
> David S. Jennis
> Florida Bar No. 775940
> **Jennis & Bowen, P.L.**
> 400 N. Ashley Dr., Ste. 2540
> Tampa, FL 33602
> Telephone: (813) 229-1700
> Facsimile: (813) 229-1707
> Email:  djennis@jennisbowen.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Motion* has been furnished via CM/ECF electronic service or U.S. Mail, postage pre-paid, to the Office of the **United States Trustee**, 501 East Polk Street, Timber Lake Annex, Suite 1200, Tampa, Florida 33602; **Edmund S. Whitson, III**, Akerman Senterfitt, 401 E. Jackson Centre, Suite 1700, Tampa, FL 33602; **Kenneth J. Ottaviano**, Katten Muchin Rosenman, LLP, 525 West Monroe Street, Chicago, IL 60661-3693; **Steven M. Berman**, Shumaker, Loop & Kendrick, LLP, P.O. Box 172609, Tampa, FL 33672; **Eric S. Golden**, Burr & Forman, LLP, 450 S. Orange Avenue, Suite 200, Orlando, FL 32801; **Kurt F. Gwynne**, Reed Smith, LLP, 1201 Market Street, Suite 1500, Wilmington, DE 19801; **Mark J. Bernet**, Kass Shuler, P.O. Box 800, Tampa, FL 33601-0800; **Scott R. Lilly**, GrayRobinson, P.A., 201 N. Franklin Street, Suite 2200, Tampa, FL 33602; to the **Landlords listed on Exhibit "A"** attached hereto, and to those parties who receive electronic notices via CM/ECF in the ordinary course of business on this 6th day of January, 2010.

> */s/     David S. Jennis*
> David S. Jennis

**Exhibit "A"**

| | |
|---|---|
| Pan Am Building, L.L.C.<br>c/o David A. Townsend, Registered Agent<br>608 West Horatio Street<br>Tampa, FL 33606 | WRI/West Jordan, LLC<br>c/o Capitol Corporate Services, Inc., Registered Agent<br>50 West 3900 South<br>Suite 2B<br>Salt Lake City, UT 84107 |
| Longley Center Annex, LLC<br>c/o Leonard C. Buck, Managing Member<br>10350 Grey Hawk Trail<br>Reno, NV 89511 | SH Menaul Properties, LLC<br>c/o Steven W. Hernandez, President<br>9320 Menaul Blvd., NE<br>Suite D<br>Albuquerque, NM 87112 |
| Longley Center Annex, LLC<br>c/o Ward W. Hinckley<br>5250 S. Virginia Street, Suite 330<br>Reno, NV 89502 | Five Star Plaza<br>Attn: Josephine Moolay, Authorized Agent<br>c/o Gregory G. Castaldi, Esq.<br>5521 North Cumberland Avenue<br>Suite 1109<br>Chicago, IL 60656 |
| Rio Grande Ventures, LLC<br>c/o Ralph H. Scheuer<br>125 Lincoln Avenue, Suite 223<br>Santa Fe, NM 87501 | Ali A. Shalash<br>224 S. Larkin Ave.<br>Joliet, IL 60436 |
| BH2, L.L.C.<br>c/o Ross W. Burnett, Registered Agent<br>1550 W. Horizon Ridge Pkwy., Suite Q<br>Henderson, NV 89012 | John and JoAnn Napoli<br>Napoli Enterprise, Inc.<br>c/o JoAnn Napoli<br>5448 Olivebrook Ct.<br>Las Vegas, NV 89120 |
| Black Mountain Retail Partners, LLC<br>c/o Ross W. Burnett, Manager<br>1550 W. Horizon Ridge Pkwy., Suite Q<br>Henderson, NV 89012 | 11004 S. Cicero Ave L.L.C.<br>c/o Gus Tsiolis, Registered Agent<br>7719 W. Belmont Ave<br>Elmwood Park, IL 60707 |
| Weingarten Nostat, Inc.<br>c/o Capitol Corporate Services, Inc., Registered Agent<br>815 N. 1st Ave., #4<br>Phoenix, AZ 85003 | Weingarten Nostat, Inc.<br>Attn: Stanford Alexander, Registered Agent<br>P.O. Box 924133<br>Houston, TX 77292-4133 |